**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7313**

─────────

PIERRE A. RENOIR,

                        Petitioner - Appellant,

    versus

COMMONWEALTH OF VIRGINIA,

                        Respondent - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-580)

─────────

Submitted:  January 31, 2002      Decided:  February 6, 2002

─────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Pierre A. Renoir, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pierre A. Renoir appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Renoir v. Virginia, No. CA-99-580 (W.D. Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2